UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. **23cr0872-RBM** |
|---|---|
| Plaintiff, | I N F O R M A T I O N |
| v. | |
| | Title 21 U.S.C., § 841(a)(1) – Distribution of Fentanyl; |
| GIOVANNI DIAZ, | Title 21 U.S.C., § 841(a)(1) – Distribution of Methamphetamine; |
| Defendant. | Title 18, U.S.C., § 371 and 922(a)(1)(A) and 924 (a)(1)(D)– Deal Firearms Without a License; |
| | 18 U.S.C. § 922(g)(1) - Felon in Possession of Ammunition; |

The United States Attorney charges:

<u>COUNT ONE</u>

On or about March 16, 2023, within the Southern District of California, defendant, GIOVANNI DIAZ did knowingly and intentionally distribute 40 grams or more of a mixture or substance containing a

DPF:San Diego
5/8/23

detectable amount of fentanyl, to wit: approximately 127.5 grams of fentanyl, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TWO

On or about March 21, 2023, within the Southern District of California, defendant GIOVANNI DIAZ, did knowingly and intentionally distribute methamphetamine, to wit: approximately 14.9 grams of methamphetamine; a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT THREE

Between March 21, 2023, and March 23, 2023, within the Southern District of California, the defendant GIOVANNI DIAZ, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did knowingly and intentionally conspire with others known and unknown to willfully engage in the business of dealing in firearms in violation of Title 18, United States Code, Sections 371, 922(a)(1)(A), and 924(a)(1)(D).

## COUNT FOUR

On or about March 23, 2023, within the Southern District of California, the defendant, GIOVANNI DIAZ, knowing his status as a convicted felon, that is, a person who had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess ammunition that traveled in and affected interstate commerce, to wit: 9 assorted rounds of 9MM ammunition; in violation of Title 18, United States Code, Section 922(g)(1).

```
 1
 2  DATED: May 8, 2023
 3  RANDY S. GROSSMAN
    United States Attorney
 4  By:
 5
 6  [signature: David Finn]
 7  DAVID P. FINN
    Assistant U.S. Attorney
 8
```

3